## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LISA MENSCH, ADMINISTRATOR OF THE ESTATE OF TAYLOR MENSCH** | : | CASE NO. 2:22-cv-4959 |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| **PYRAMID HEALTHCARE, INC.; DELAWARE COUNTY; THE GEO GROUP, INC.; JONATHAN WOLF; JEAN CLIFTON; JASON HENDRICKS; MATT HOSBAND; KHALIL TAWWAB; C. NARDONE; SGT. MEYER; and JOHN DOE CORRECTIONS OFFICERS** | : | REMOVED FROM THE PHILADELPHIA COURT OF COMMON PLEAS, PENNSYLVANIA |
| | : | CIVIL ACTION NO. 220302610 |
| Defendants. | : | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, *et seq*. and this Court's federal question jurisdiction under 28 U.S.C. § 1331, the Defendants named as Pyramid Healthcare, Inc. and Khalil Tawwab (collectively "Defendants") hereby file this notice of removal for the purposes of removing this action from the Philadelphia Court of Common Pleas, Pennsylvania, where it is currently pending, to the United States District Court for the Eastern District of Pennsylvania. To support this notice of removal, Defendants aver as follows:

### Complaint and Service

1.     On or about March 24, 2022, Plaintiff, Lisa Mensch, in her capacity as Administrator of the Estate of Taylor Mensch, deceased, filed a Writ of Summons in the Philadelphia Court of Common Plea against Defendants named as Pyramid Healthcare, Inc.;

Altoona Detox and Residential Treatment Center; and "Khalil T." A true and correct copy of

Plaintiff's Writ of Summons is attached hereto as **Exhibit A**.

2.      The case was assigned docket number CV-22-0302610.

3.      The Writ of Summons was served upon Defendants on or about April 22, 2022.

See Affidavit of Service attached hereto as **Exhibit B.**

4.      Thereafter, on or about November 14, 2022, Plaintiff filed a Complaint in the

Philadelphia Court of Common Pleas against the following Defendants: Pyramid Healthcare,

Inc.; Delaware County; The GEO Group, Inc.; Jonathan Wolf; Jean Clifton; Jason Hendricks;

Matt Hosband; Khalil Tawwab[1]; C. Nardone; Sgt. Meyer; and John Doe Corrections Officers. A

true and correct copy of Plaintiff's Complaint is attached hereto as **Exhibit C**.

5.      Defendants Pyramid Healthcare, Inc. and Khalil Tawwab, were served with the

Complaint on or about November 14, 2022 pursuant to alternative original process under 231 Pa.

Code § 401(b)(5). [2]

6.      The docket from the Philadelphia Court of Common Pleas and the state court filings

in the Defendants' possession are collectively attached as **Exhibit D.**

### Federal Question Jurisdiction

7.      Defendants Pyramid Healthcare, Inc.; Khalil Tawwab; and The Geo Group, Inc.

consent to this removal.

---

[1] The correct name for "Khalil T." as named in the Writ is Khalil Tawwab.
[2] Upon information and belief, as of the filing of this Notice of Removal, Defendants Jonathan Wolf; Jean Clifton; Jason Hendricks; and Matt Hosband, who are Pyramid employees, have not been served. Also, upon information and belief, the Geo Group, Inc., C. Nardone, Sgt. Meyer, and Delaware County have not been served.

2

8.      Under 28 U.S.C. § 1446(b), a Defendant has thirty (30) days from the date of service of the Complaint to file removal. Removal is timely in this matter because the Defendants filed their notice of removal within 30 days of the filing of Plaintiff's Complaint.

9.      Defendants are entitled to remove the State Court Action to the United States District Court for the Eastern District of Pennsylvania – the district and division embracing Philadelphia County, Pennsylvania, the place where the State Court Action is pending.  *See* 28 U.S.C. §§ 1441(a), 1446(a).

10.     This Court has original, subject-matter jurisdiction "of all civil actions arising under the Constitution, law, or treaties of the United States."  28 U.S.C. § 1331.

11.     The federal question requirement is met. Plaintiff's state court Complaint affirmatively asserts that federal jurisdiction exists under 28 U.S.C. § 1343 (civil rights) and 28 U.S.C. § 1331 (federal question).

12.     Specifically, Counts I through IV of Plaintiff's Complaint raise claims under 42 U.S.C. § 1983, a federal statute giving rise to a federal question.  29 U.S.C. §§ 2601–2654 (2006). Section 1983 provides, "Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law…except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable." 42 U.S.C. § 1983.

13.     Count I of Plaintiff's Complaint raises claims of supervisory liability under 42 U.S.C. § 1983 against Defendants Jonathan Wolf; Jean Clifton; Jason Hendricks; Matt Hosband, who are employees of Defendant Pyramid Healthcare, Inc., and alleges failure to implement an adequate policy governing the transfer of inmates; failure to properly train their employees in policies and procedures; and failure to properly supervise Defendant Khalil Tawwab before and during the pick-up in question, therefore violating Decedent's rights under the Fourth, Eighth, and Fourteenth Amendments, and her rights under 42 U.S.C. § 1983.

14.     Count II of Plaintiff's Complaint raises claims of supervisory liability under 42 U.S.C. § 1983 against Defendants C. Nardone and Sgt. Meyers and alleges failure to have an adequate policy in place governing the transfer of inmates; failure to properly train their employees in policies and procedures; and failure to properly supervise Defendants Doe, before and during the pick-up in question, therefore violating Decedent's rights under the Fourth, Eighth, and Fourteenth Amendments, and her rights under 42 U.S.C. § 1983.

15.     Count III of Plaintiff's Complaint raises a claim of violations of civil rights under 42 U.S.C. § 1983 against Defendant Khalil Tawwab and alleges engaging in the unlawful transfer of Decedent from GWH Correctional Facility to Pyramid's In-Patient Rehabilitation Center, therefore violating Decedent's rights under the Fourth, Eighth, and Fourteenth Amendments, and her rights under 42 U.S.C. § 1983.

16.     Count IV of Plaintiff's Complaint raises a Monell claim under 42 U.S.C. § 1983 against Defendants Delaware County; The Geo Group, Inc.; and Pyramid Healthcare, Inc. and alleges Defendants established, knew of, and acquiesced to policies, procedures, and customs, Defendants knew or should have known would lead to violations of citizens' constitutional

rights, and in doing so Defendants violated Decedent's rights under the Fourth and Fourteenth Amendments.

17. Further, Counts V through IX of Plaintiff's Complaint raise claims under Pennsylvania state law. This Court has supplemental jurisdiction over Plaintiff's additional causes of action under 28 U.S.C. §1367, which states that "the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form party of the same case or controversy."

18. In this regard, when a single federal claim confers federal question jurisdiction, the district court may exercise supplemental jurisdiction over other related state law claims that "derive from a common nucleus of operative facts." *Borough of West Mifflin v. Lancaster*, 45 F.3d 780, 786 (3d Cir. 1995).

19. According to Plaintiff's Complaint, Plaintiff's federal and state law claims both arise from the same set of events, i.e. Decedent's transport from prison to in patient rehab on November 10, 2021. See generally Complaint attached at **Exhibit C**.

20. Defendants also complied with the general procedure for removal of civil actions under 28 U.S.C. § 1446. As required by 28 U.S.C. § 1446(d), promptly after filing this notice of removal, Defendants will provide notice to the parties and will also file a Notice of Removal with the Philadelphia Court of Common Pleas, Pennsylvania.

21. Nothing in this Notice shall be interpreted as a waiver of relinquishment of Defendants' right to assert any defense or affirmative matter, including, without limitation, a motion to dismiss under Federal Rule of Civil Procedure 12.

**WHEREFORE**, notice is hereby given that this action is removed from the Philadelphia Court of Common Pleas, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted:

Date: December 13, 2022        By:    */s/ Matthew T. Corso*
Matthew T. Corso, Esquire
Pa. Identification No. 73447
Alexis A. Langella, Esquire
Pa. Identification No. 209258

Buchanan Ingersoll & Rooney PC
50 S 16th Street, Ste. 3200
Philadelphia, PA 19102-2555
(215) 665-8700
(215) 665-8760
matthew.corso@bipc.com
alexis.langella@bipc.com

*Attorneys for Defendants Pyramid Healthcare, Inc.
and Khalil Tawwab*

**CERTIFICATE OF SERVICE**

I, Matthew T. Corso, hereby certify that a true and correct copy of the foregoing Notice

of Removal has been electronically filed via the ECF system, and has been served via

electronic mail and/or regular mail upon the following on December 14, 2022:

Brian Zieger, Esquire
Levin & Zeiger, LLP
1500 JFK Blvd, Suite 620
Philadelphia, PA 19102
zeiger@levinzeiger.com
***Plaintiff's Counsel***

Matthew H. Fry, Esquire
100 Four Falls, Suite 515
1001 Conshohocken State Rd.
West Conshohocken, PA 19428
mhfry@burnswhite.com
***Counsel for Defendant, The Geo Group, Inc.***

Delaware County
201 W. Front Street
2nd Floor
Media, PA 19063

Date: December 13, 2022          By:     */s/ Matthew T. Corso*
                                         Matthew T. Corso, Esquire
                                         Pa. Identification No. 73447
                                         Alexis A. Langella, Esquire
                                         Pa. Identification No. 209258

                                         Buchanan Ingersoll & Rooney PC
                                         50 S 16th Street, Ste. 3200
                                         Philadelphia, PA 19102-2555
                                         (215) 665-8700
                                         (215) 665-8760
                                         matthew.corso@bipc.com
                                         alexis.langella@bipc.com

                                         *Attorneys for Defendants Pyramid Healthcare, Inc.*
                                         *and Khalil Tawwab*

7