# EXHIBIT A

USTED ESTA ORDENADO COMPARECER EN Arbitration Hearing 1880 JFK Blvd. 5th fl. at 09:15 AM - 01/27/2023
You must still comply with the notice below. USTED TODAVIA DEBE CUJPLIR CON EL AVISO PARA DEFENDERSE.
This matter will be heard by a Board of Arbitrators at the time, date and place specified but, if one or more parties is not present at the hearing, the matter may be heard at the same time and date before a Judge of the court without the absent party or parties. There is no right to a trial de novo on appeal from a decision entered by a Judge.

Filed and Attested by the
Office of Judicial Records
24 MAR 2022 04:03 pm
S. RICE

**LEVIN & ZEIGER LLP**
BY: BRIAN J. ZEIGER, ESQUIRE          ATTORNEY FOR PLAINTIFF
Identification No.: 87063
1500 JFK Boulevard, Suite 620
Philadelphia, PA 19102
(215) 825-5183
zeiger@levinzeiger.com

---

| | | |
|---|---|---|
| LISA MENSCH, Administratrix of the ESTATE of TAYLOR MENSCH<br>602 Willow Way, Apartment B<br>Glenolden, PA 19036 | : <br>: <br>: <br>: <br>: | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY |
|                  Plaintiff,<br>v. | : <br>: <br>: | MARCH TERM, 2022 |
| PYRAMID HEALTHCARE, INC.<br>1216 Eleventh Avenue, 3rd Floor<br>Altoona, PA 16601<br>    and<br>ALTOONA DETOX AND RESIDENTIAL TREATMENT CENTER<br>1894 Plank Road<br>Duncansville, PA 16635<br>    and<br>KHALIL T.<br>c/o Pyramid Healthcare, Inc.<br>1216 Eleventh Avenue, 3rd Floor<br>Altoona, PA 16601<br>                 Defendants. | : <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: | NO.: |

## PRAECIPE FOR WRIT OF SUMMONS

TO THE OFFICE OF JUDICIAL RECORDS:

    Kindly issue a Writ of Summons in the above-stated action.

                                            **LEVIN & ZEIGER LLP**

Date: March 24, 2022          BY:   */s/ Brian J. Zeiger, Esquire*
                                            BRIAN J. ZEIGER, ESQUIRE

Case ID: 220302610

USTED ESTA ORDENADO COMPARECER EN Arbitration Hearing 1880 JFK Blvd. 5th fl. at 09:15 AM - 01/27/2023
You must still comply with the notice below. USTED TODAVIA DEBE CUJPLIR CON EL AVISO PARA DEFENDERSE.
This matter will be heard by a Board of Arbitrators at the time, date and place specified but, if one or more parties is not present at the hearing, the matter may be heard at the same time and date before a judge of the court without the absent party or parties. There is no right to a trial denovo on appeal from a decision entered by a Judge.

Summons

*Filed and Attested by the Office of Judicial Records 24 MAR 2022 04:03 pm S. RICE*

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

| | |
|---|---|
| Lisa Mensch, Admx. of the Estate of Taylor Mensch<br>*Plaintiff* | COURT OF COMMON PLEAS<br><br>March Term, 20 22<br><br>No. _____ |
| vs. | |
| Pyramid Healthcare, Inc., et al.<br>*Defendant* | |

To[1]

_Pyramid Healthcare, Inc._

_Altoona Detox & Residential Treatment Center_

_Khalil T._

## Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Lisa Mensch, Administratrix of the Estate of Taylor Mensch
_____
_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date: _____

*220302610*
*24 MAR 2022 04:03 pm*
*S. RICE*

10-208 (Rev. 6/14)

_____

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 220302610

# Court of Common Pleas

_March_ Term, 20 _22_

No. _____

Lisa Mensch, Admx. of the Estate of Taylor
*Plaintiff*

vs.

Pyramid Healthcare, Inc., et al.
*Defendant*

# SUMMONS

Case ID: 220302610