## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA MENSCH, Administrator of the Estate of Taylor Mensch,**<br>            **Plaintiff,**<br><br>            v.<br><br>**PYRAMID HEALTHCARE, INC.,**<br>**DELAWARE COUNTY,**<br>**THE GEO GROUP, INC.,**<br>**JONATHAN WOLF,**<br>**JEAN CLIFTON,**<br>**JASON HENDRICKS,**<br>**MATT HOSBAND,**<br>**MELISSA ORTIZ,**<br>**MATTHEW PARHAM,**<br>**KHALIL TAWWAB,**<br>**C. NARDON,**<br>**SGT. MEYER, and**<br>**JOHN DOE CORRECTIONS OFFICERS,**<br>            **Defendants.** | **CIVIL ACTION**<br><br><br>**NO.  22-4959** |

## O R D E R

**AND NOW**, this 31st day of March, 2025, upon consideration of the Motion to Dismiss filed by Defendants Delaware County, Sgt. Meyer, C. Nardone, and the GEO Group, Inc. (ECF No. 50) and Plaintiff Lisa Mensch's Response in Opposition (ECF No. 52); the Motion to Dismiss filed by Defendants Pyramid Healthcare, Inc. and Khalil Tawwab (ECF No. 56), Plaintiff Lisa Mensch's Response in Opposition (ECF No. 59), Defendants' Reply in Further Support (ECF No. 61), Plaintiff's Surreply (ECF No. 65), and Defendants' Response to Plaintiff's Surreply (ECF No. 68); and the Motion to Dismiss filed by Defendants Jean Clifton, Jason Hendricks, Matt Hosband, Melissa Ortiz, Matthew Parham, and Jonathan Wolf (ECF No. 57), Plaintiff Lisa Mensch's Response in Opposition (ECF No. 60), and Defendants' Reply in Further Support (ECF No. 62), it is hereby **ORDERED** that:

1.  The Motion to Dismiss filed by Defendants Delaware County, Sgt. Meyer, C. Nardone, and the GEO Group, Inc. (ECF No. 50) is **GRANTED**.

2.  The Motion to Dismiss filed by Defendants Pyramid Healthcare, Inc. and Khalil Tawwab (ECF No. 56) is **GRANTED**.

3.  The Motion to Dismiss filed by Defendants Jean Clifton, Jason Hendricks, Matt Hosband, Melissa Ortiz, Matthew Parham, and Jonathan Wolf (ECF No. 57) is **GRANTED**.

4.  The above-caption action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.[1]

                         **BY THE COURT:**

                         **The Hon. Kelley B. Hodge**

                         _____

                             **HODGE, KELLEY B., J.**

---

[1] While no motion has been made by Defendants John Doe Corrections Officers, the Court extends its dismissal to these defendants on account of the conclusory nature of Plaintiff's claims.